```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 11946
    CHRISTINA MELENDREZ
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-5669

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 07/05/2007 and was confirmed 09/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/16/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
JEFFERSON CAPITAL SYSTEM UNSECURED        1112.79            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED         993.85            .00            .00
ASSET ACCEPTANCE LLC     UNSECURED       NOT FILED           .00            .00
ASSOCIATED CREDITORS EXC UNSECURED       NOT FILED           .00            .00
BEST SOURCE C U          UNSECURED       NOT FILED           .00            .00
CUSTOM COLLECTION SERVIC UNSECURED       NOT FILED           .00            .00
CDA PONTIAC              UNSECURED       NOT FILED           .00            .00
CDA PONTIAC              UNSECURED       NOT FILED           .00            .00
CDA PONTIAC              UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED        2995.00            .00            .00
COMMONWEALTH EDISON      UNSECURED         744.80            .00            .00
CREDIT MANAGEMENT INC    UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION        UNSECURED       NOT FILED           .00            .00
CREDIT PROTECTION        UNSECURED       NOT FILED           .00            .00
CROSS COUNTRY BANK       UNSECURED       NOT FILED           .00            .00
FINANCIAL ASSET MANAGEME UNSECURED       NOT FILED           .00            .00
IL DEPT OF EMPLOYMENT SE UNSECURED        2395.00            .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED           .00            .00
MEDICAL BUSINESS BUREAU  UNSECURED       NOT FILED           .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED       NOT FILED           .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED       NOT FILED           .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED       NOT FILED           .00            .00
MIDWEST DIAGNOSTIC PATHO UNSECURED       NOT FILED           .00            .00
MIDWEST DIAGNOSTIC PATHO UNSECURED       NOT FILED           .00            .00
MIDWEST DIAGNOSTIC PATHO UNSECURED       NOT FILED           .00            .00
MRSI                     UNSECURED       NOT FILED           .00            .00
MRSI                     UNSECURED       NOT FILED           .00            .00
MUTUAL HOSPITAL COLLECTI UNSECURED       NOT FILED           .00            .00
```

```
MUTUAL HOSPITAL COLLECTI  UNSECURED        NOT FILED            .00            .00
NCO FIN/55                UNSECURED        NOT FILED            .00            .00
NCO FIN/55                UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL             UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
OSI COLLECTION SERVICES   UNSECURED        NOT FILED            .00            .00
PATENTS TMS               UNSECURED        NOT FILED            .00            .00
PEOPLES GAS & LIGHT       UNSECURED         4349.20             .00            .00
PEOPLES GAS & LIGHT       UNSECURED        NOT FILED            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        NOT FILED            .00            .00
RJM AQUISITIONS FUNDING   UNSECURED        NOT FILED            .00            .00
SAKHAWAT HASSAIN MDS      UNSECURED        NOT FILED            .00            .00
SKO BRENNER AMERICAN INC  UNSECURED        NOT FILED            .00            .00
SOUTHEAST ANESTHESIA CON  UNSECURED        NOT FILED            .00            .00
TARGET                    UNSECURED        NOT FILED            .00            .00
DOLORES MELENDREZ         NOTICE ONLY      NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED          448.41             .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       13.00             .00          13.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                          259.70
TOM VAUGHN                TRUSTEE                                             18.65
DEBTOR REFUND             REFUND                                               .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 291.35

PRIORITY                                         13.00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                  259.70
TRUSTEE COMPENSATION                             18.65
DEBTOR REFUND                                      .00
                   ---------------          ---------------
TOTALS                  291.35                  291.35
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 04/23/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                           PAGE   2
        CASE NO. 07 B 11946 CHRISTINA MELENDREZ